IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

V.                         CASE NO. 3:09-CR-30005

BOBBY LYNN SPRINGSTON                        DEFENDANT/MOVANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 67) filed in this case on September 21, 2015, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 67) is **ADOPTED IN ITS ENTIRETY**, Defendant/Movant's Motion to Vacate under 28 U.S.C. § 2255 (Doc. 60) is **GRANTED**, and Defendant/Movant's conviction in this case is hereby **VACATED**.

The Court does not believe any further relief is necessary, as it understands Mr. Springston has not yet begun serving the federal sentence that was imposed in this case. However, if the Court is mistaken, then counsel for Mr. Springston may file a motion seeking appropriate relief.

**IT IS SO ORDERED** on this 19th day of November, 2015.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE